UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RAMSEY RANDALL )<br>　　　　Plaintiff, )<br>v. )<br>　)<br>UNITED STATES OF AMERICA )<br>　　　　Defendant. ) | **JUDGMENT**<br>5:23-CV-56-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 13, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to prosecute.

**This Judgment Filed and Entered on September 13, 2023, and Copies To:**
Ramsey Randall (via US mail)   2727 Broadwell Drive, Raleigh, NC 27606


September 13, 2023                        PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　(By)    Sandra K. Collins, Deputy Clerk